# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 15, 2016

### NO. 03-16-00097-CV

**J. L. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE FIELD

This is an appeal from the trial court's judgment in a suit affecting a parent and child relationship signed July 7, 2015 and an order denying a request for de novo review signed by the trial court on January 25, 2016. Having reviewed the record and the parties' arguments it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.